No. 75–696. LaVallee, Correctional Superintendent v. Mungo. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Stone* v. *Powell, ante,* p. 465.

No. 75–6451. Green v. Oklahoma. Ct. Crim. App. Okla.

No. 75–6452. Justus v. Oklahoma. Ct. Crim. App. Okla.

No. 75–6453. Lusty v. Oklahoma. Ct. Crim. App. Okla.

No. 75–6637. Davis v. Oklahoma. Ct. Crim. App. Okla.

No. 75–6638. Rowbotham v. Oklahoma. Ct. Crim. App. Okla.

No. 75–6639. Williams et al. v. Oklahoma. Ct. Crim. App. Okla.